No. 759. STERN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for the United States.

No. 762. WILLIAMS ET AL. *v.* BABCOCK & WILCOX Co. ET AL. C. A. 3d Cir. Certiorari denied. *Loyal H. Gregg* and *William H. Parmelee* for petitioners. *Inzer B. Wyatt, Marvin Schwartz* and *Robert L. Kirkpatrick* for respondents.

No. 751. DAILEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Walter B. Fincher* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 352, Misc. WAHRHAFTIG *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Lawrence Ross,* Assistant Attorney General, for respondent.

No. 404 Misc. BASS *v.* GEORGIA. Supreme Court of Georgia. Certiorari denied. Petitioner *pro se. Eugene Cook,* Attorney General of Georgia, *E. Freeman Leverett,* Assistant Attorney General, *Paul Webb,* Solicitor General, and *Eugene L. Tiller,* Assistant Solicitor General, for respondent.

No. 572, Misc. NEWSOM *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. C. A. 4th Cir. Certiorari denied.